**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CHARLES KAPLAN,

        Plaintiff,

        - against -
                                **JUDGMENT**
                                CV 18-2972 (ADS)(AKT)

WINGS OF HOPE RESIDENCE, INC.,
ALAN SKAWINSKI, BOB SKAWINSKI and
SEAN JEREMY,

        Defendants.
----------------------------------------------------------------X

        A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on February 10, 2020, granting the Defendants' motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint, and directing the Clerk of the Court to close this case, it is

        **ORDERED AND ADJUDGED** that the Plaintiff Charles Kaplan take nothing of Wings of Hope Residence, Inc., Alan Skawinski, Bob Skawinski and Sean Jeremy; that the Defendants' motion to dismiss the complaint is granted; and that this case is closed.

Dated: February 10, 2020
       Central Islip, New York

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                         By:    /s/ Chelsea Tirado
                                                          Deputy Clerk